# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

153522 & (56)

*In re* SCHWEIN Estate

_____

SANDY MEAD, Personal Representative for the
Estate of DAVID SCHWEIN
          Petitioner-Appellant,

v

KEVIN BARTON, TERRI ANDERSON and
MEREDITH BARTON,
          Respondents-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153522
COA: 324305
Ingham Probate Ct: 13-002609-DE

On order of the Court, the application for leave to appeal the January 12, 2016 judgment of the Court of Appeals and the motion to confirm and/or order stay of the Ingham Probate Court proceedings are considered. The motion to stay is GRANTED pursuant to MCL 600.867(1).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016



t0726

Clerk